Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEESON, LARRY JO )
_____ )
_____ )
_____ )
_____, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
 )
       Petitioner, )
    vs. )
 )
JENNIFER SAAD, WARDEN )
_____, )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
 )
       Respondent. )
_____ )

FILED
MAR 2 1 2016
U.S. DISTRICT COURT
ELKINS WV 26241

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. __5:16cv35__
(to be assigned by Clerk)

Stamp
Trumble
Blalock

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

     ☐   a conviction
     ☒   a sentence
     ☐   jail or prison conditions
     ☐   prison disciplinary proceedings
     ☐   a parole problem
     ☐   other, state briefly: _____

Attachment A

2. Are you represented by counsel?   ☐ Yes   ☒ No

If you answered yes, list your counsel's name and address: _____

3. List the name and location of the court which imposed your sentence:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA.

4. List the case number, if known: 1:03-cr-43

5. List the nature of the offense for which the sentence was imposed:
Convicted felon in possession of a firearm; 18 U.S.C. §§ 922(g)(1), 924(a)(2)

6. List the date each sentence was imposed and the terms of the sentence:
01/28/2005 -- 230 months imprisonment, 5 years SR

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☒ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☒ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: __United States Court of Appeals, Fourth Circuit__
    B. Result: __Denied__
    C. Date of Result: __07/19/2006__
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☒ Yes    ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: __Northern Dist. of West Virginia__

Attachment A

    2. Nature of Proceeding: __§ 2255__
    3. Grounds Raised: __Erroneous classification as ACC.__
    4. Did you receive an evidentiary hearing? ☒ Yes ☐ No
    5. Result: __Denied-Merits__
    6. Date of Result: __06/17/2008__

B. Second post-conviction proceeding:
    1. Name of Court: __Northern Dist. of West Virginia__
    2. Nature of Proceeding: __§ 2244 to file successive 2255__
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☒ Yes ☐ No
    5. Result: __Denied-procedural default__
    6. Date of Result: __06/28/2011__

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☒ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
   **Ineffective assistance of counsel**

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
   A) Failure to investigate and obtain prior proceedings' certified copies; B) failure to ensure petitioner received due process during PSR U.S.S.G. calculations; C) failure to object to the PSR in open court.
   (See attached memorandum in support)

B. Ground two:
   **District Court Error**

Attachment A

Supporting facts:
Please see attached memorandum.

C. Ground three:
"Johnson" claim

Supporting facts:
Please see attached memorandum.

D. Ground four:
Newly Discovered Evidence

Attachment A

Supporting facts:
Please see attached memorandum.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes    ☐ No

      1. If your answer to "A" above was yes, what was the result:
         My Regional Admistrative Remedy Appeal (following BP-8, BP-9, BP-10, etc) was denied on December 23, 2011.

Attachment A

    2.    If your answer to "A" above was no, explain:

_____
_____
_____

  B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

      ☒ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:
Denied.
_____
_____

    2.    If your answer to "B" above was no, explain:

_____
_____
_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.

Vacate my sentence and remand for resentencing without the Armed Career Criminal enhancement.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

Petitioner filed his § 2255 which was denied on June 17, 2008 for failure to rile objections. Petitioner filed his second § 2255 with the Fourth Circuit Court of Appeals which was denied without opinion on February 11, 2016.

Signed this __14th.__ day of __March__, __2016__.
            (day)           (month)        (year)

_Larry Jo Leeson_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __3/14/2016__     _Larry Jo Leeson_
                                                      Your Signature